# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrice Edmond Brown, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Maricopa County Attorney's Office, et al., <br><br> Defendants. | **NO. CV-22-00402-TUC-JAS (PSOT)** <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 26, 2022, This case is severed into individual actions, one for each Plaintiff. The Clerk of Court must assign a new case number to each new individual action. This case is terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

September 26, 2022

By   s/ B. Cortez
     Deputy Clerk